**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE CHRISTINE M. ARGUELLO**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 29, 2009 |
| Court Reporter: Darlene Martinez | Time: 28 minutes |

**CASE NO. 09-cv-02254-CMA-BNB**

| Parties | Counsel |
|---|---|
| **WARREN MILLER ENTERTAINMENT, INC.,** | Timothy Atkinson<br>K.C. Groves |
| Plaintiff (s), | |
| vs | |
| **LEVEL 1 PRODUCTION, INC.,** | Benjamin Lieb<br>David Lowe |
| Defendant (s). | |

**STATUS CONFERENCE**

**2:02 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Mr. Lowe appears by telephone.

**ORDERED:**  Unopposed Motion for Leave to Appear at the September 29, 2009 Status Conference Via Telephone (Doc #18), filed 9/29/09 is **GRANTED.**

Court advises it is prepared to rule on the motion to intervene.

Page Two
09-cv-02254-CMA-BNB
September 29, 2009

Mr. Atkinson indicates the plaintiff opposes that motion and requests allowance to brief its opposition.

Discussion regarding time needed to present evidence on the motion for preliminary injunction.

**ORDERED:** Plaintiff's response to the motion to intervene is due no later than **October 2, 2009.**

**ORDERED:** Supplemental briefing on the questions raised in these proceedings and defendant's response to plaintiff's motion for preliminary injunction are due **October 19, 2009.**

**ORDERED:** If the Court grants the motion to intervene, Warren Miller Co. and Warren Miller, as Third Party Interveners, may file their briefs by **October 19, 2009.**

**ORDERED:** Hearing on Plaintiff's Motion For Preliminary Injunction (Doc #2), filed 9/21/09 is scheduled for **October 22, 2009 at 9:00 a.m.**

 2:30 p.m.     **COURT IN RECESS**

**Total in court time:**          28 minutes

**Hearing concluded**