**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02254-CMA-BNB

WARREN MILLER ENTERTAINMENT, INC., a Delaware corporation,

    Plaintiff,

v.

LEVEL 1 PRODUCTIONS, INC., a Colorado limited liability company,

    Defendant,

and

WARREN MILLER COMPANY, LLC, a Washington limited liability company, and
WARREN MILLER, individually, a Washington resident,

    Third-Party Intervenors.

---

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice (Doc. # 42).  The Court, having reviewed the stipulation for dismissal and being advised in the premises, hereby

ORDERS that all claims asserted between Warren Miller Entertainment, Inc. and Level 1 Productions, Inc. in this action are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

    DATED:  January   18  , 2011

                                          BY THE COURT:

                                          *Christine M Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge